**STATE v. DAVIDSON**

[345 N.C. 496 (1997)]

STATE OF NORTH CAROLINA v. ROY LEE DAVIDSON

No. 369A96

(Filed 10 February 1997)

Appeal by the State pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 123 N.C. App. 326, 473 S.E.2d 389 (1996), reversing the conviction of the defendant of second-degree murder, which conviction occurred on 7 June 1995 in Superior Court, Iredell County. Heard in the Supreme Court 11 December 1996.

*Michael F. Easley, Attorney General, by Melissa Taylor, Associate Attorney General, for the State-appellant.*

*Lassiter & Lassiter, P.A., by T. Michael Lassiter, Jr. for defendant-appellee.*

PER CURIAM.

Reversed for the reasons stated in the dissenting opinion of Judge Eagles. Remanded to the Court of Appeals for further remand to Superior Court, Iredell County, for the reinstatement of the judgment entered upon the defendant's conviction.

REVERSED AND REMANDED.